# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VICTOR DELGADO,<br><br>    Defendant. | No. CR04-4043-MWB<br><br>**ORDER** |

_____

The defendant has filed a *pro se* motion (Doc. No. 37) for copies of transcripts of all hearings held in this case. Judgment was entered against the defendant on January 24, 2005, and the defendant did not file either a direct appeal or a motion for relief under 28 U.S.C. § 2255, within the time allowed by law. On November 19, 2008, the court *sua sponte* took up the issue of whether the defendant's sentence should be reduced pursuant to a change in the sentencing guidelines, and determined that the defendant's sentence was not subject to reduction. *See* Doc. No. 35. The defendant did not appeal the order within the time allowed by law, and entry of the order did not restart the time within which the defendant may file a 2255 motion. *Cf. United States v. Myers*, 117 F.3d 1423, 1997 WL 397180 (8th Cir. 1997) (citing *United States v. Gonzalez-Balderas*, 105 F.3d 981, 982 (5th Cir. 1997), for abuse-of-discretion standard of review of court's denial of motion for reduction of sentence under 18 U.S.C. § 3852(c)); *United States v. Pardue*, 36 F.3d 429 (5th Cir. 1994) (decision to reduce sentence under 18 U.S.C. § 3852(c) is discretionary, and therefore is reviewed for abuse of discretion).

Thus, there is no case currently pending before the court, and the defendant has failed to show good cause why the requested transcripts should be provided to him at court expense. The motion is **denied**.

**IT IS SO ORDERED.**

**DATED** this 27th day of April, 2009.

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT